# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Adalberto J. | 2. Court or Organization<br><br>Eleventh Circuit | 3. Date of Report<br><br>08/2/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 8/2/2011<br>☐ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>08/02/2011 |
| 7. Chambers or Office Address<br><br>400 N. Miami Avenue<br>Room 10-1<br>Miami, FL 33128-1807 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | FIU College of Law (2010-present) |
| 2. Adjunct Professor | University of Miami School of Law (2010-present) |
| 3. Member | ABA Standing Committee on Federal Judicial Improvements (2010-present) |
| 4. Volunteer Girls' Head Soccer Coach | St. Brendan High School (2010-present) |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | Adjunct Professor - FIU College of Law (Spring Semester 2012 - $4500.00) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Adjunct Professor - FIU College of Law | $4,500.00 |
| 2. 2010 | Adjunct Professor - University of Miami School of Law | $15,000.00 |
| 3. 2010 | Adjunct Professor - FIU College of Law | $4,500.00 |
| 4. 2011 | Adjunct Professor - University of Miami School of Law | $15,000.00 |
| 5. 2011 | Adjunct Professor - FIU College of Law | $4,500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | St. Brendon High School - Salary |
| 2. 2011 | St. Brendan High School - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Great Lakes | Educational Loans | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Chase Checking Account | | None | J | T | Exempt | | | | |
| 2. Wells Fargo Checking Account | | None | J | T | Exempt | | | | |
| 3. ING Direct Savings Account | A | Interest | J | T | Exempt | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes.        A = $1,000 or less         B = $1,001 - $2,500         C = $2,501 - $5,000         D = $5,001 - $15,000         E = $15,001 - $50,000
(See Columns B1 and D4)     F = $50,001 - $100,000     G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes              J = $15,000 or less        K = $15,001 - $50,000      L = $50,001 - $100,000        M = $100,001 - $250,000
(See Columns C1 and D3)     N = $250,001 - $500,000    O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $15,000,000
                            P3 = $25,000,001 - $50,000,000                        P4 = More than $50,000,000
3. Value Method Codes       Q = Appraisal              R = Cost (Real Estate Only) S = Assessment               T = Cash Market
(See Column C2)             U = Book Value             V = Other                  W = Estimated

FINANCIAL DISCLOSURE REPORT
Page 5 of 6

Name of Person Reporting

Jordan, Adalberto J.

Date of Report

08/2/2011

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

FINANCIAL DISCLOSURE REPORT
Page 6 of 6

Name of Person Reporting

Jordan, Adalberto J.

Date of Report

08/2/2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 5 | 669 | Notes payable to banks-secured | | |
| U.S. Government securities | | | Notes payable to banks-unsecured | | |
| Listed securities | | | Notes payable to relatives | | |
| Unlisted securities | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 1 | 861 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid income and interest | | • |
| Doubtful | | | Real estate mortgages payable – personal residence | 266 | 481 |
| Real estate owned – personal residence | 375 | 600 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | |
| Autos and other personal property (est.) | 125 | 000 | Car leases (through end of terms) | 22 | 792 |
| Cash value-life insurance | | | | | |
| Other assets itemize: | | | | | |
| Thrift Savings Plan (with deduction for loan balance) | 236 | 464 | | | |
| Florida International University 401(a) Plan | | 943 | | | |
| | | | Total liabilities | 291 | 134 |
| | | | Net Worth | 452 | 542 |
| Total Assets | 743 | 676 | Total liabilities and net worth | 743 | 676 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | No | |
| On leases or contracts (car leases through end of terms) | | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |